**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

**CRIMINAL MINUTES - ARRAIGNMENT**

Case No.: 4:13CR19-002     Date: 7/29/2013

**Defendant:** James Marion Slate, bond     **Counsel:** Chris Kowalczuk, retained

PRESENT:
- JUDGE: Robert S. Ballou, USMJ   TIME IN COURT: 11:29-11:34 (5 mins.)
- Deputy Clerk: R. Mills
- Court Reporter: R. Mills, FTR
- U. S. Attorney: Don Wolthuis
- USPO: none
- Case Agent: Cilento, ATFE
- Interpreter: none

- ☐ Arraignment and plea continued to New Date.
- ☐ Juvenile Information filed with Certificate of U. S. Attorney that State Court refuses jurisdiction.
- ☒ Defendant states that true name is same.  Defendant given copy of Indictment.
- ☐ Defendant(s) waives reading of Indictment.
- ☐ Indictment or Information read.
- ☒ Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 |  | Ct. 19 |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |

- ☒ Jury trial set for 9/12/2013.
- ☐ Trial to be set by Clerk upon arrest of all defendants.
- ☐ Pretrial conference set for Pretrial Conference Date.
- ☐ Defendant(s) remanded to custody.
- ☒ Defendant(s) released on bond.  Deft. to remain on same bond.

Additional Information: