IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE for Danville DIVISION
CRIMINAL MINUTES – SENTENCING HEARING

Case No.:  4:13CR00019-02                                         Date: 10/06/2014

**Defendant:** James Marion Slate, Bond                **Counsel:** Christopher Kowalczuk, Esq., CJA Appt

PRESENT:   JUDGE:               Hon. Glen E. Conrad    TIME IN COURT: 20 mins.  9 – 9:20 am
           Deputy Clerk:        Susan Moody
           Court Reporter:      Judy Webb
           U. S. Attorney:      Don Wolthuis, Esq., AUSA
           USPO:                Jason McMurray, USP

**LIST OF WITNESSES**

GOVERNMENT:                          DEFENDANT:
1. None                              1. None

**PROCEEDINGS:**

☒   No Objections to Presentence Report.

☒   No evidence presented.

☒   Court adopts Presentence Report.
☒   Court accepts Plea Agreement – notes Rule 11(c)(1)(C) provisions for downward departure and reserving right to appeal

☒   Allocutions.

**SENTENCE IMPOSED AS FOLLOWS:**

PROB:  3 yrs - comply w/Standard, Mandatory & Special Conditions.
       ☒   Mandatory drug testing suspended.
SA:    $100 due immediately.
FINE:  $400

**SPECIAL CONDITIONS OF SUPERVISION:**
☒   The defendant shall reside in a residence free of firearms, ammunition, destructive devices, and dangerous weapons.
☒   The defendant shall submit to warrantless search and seizure of person and property as directed by the probation officer, to determine whether the defendant is in possession of firearms.

**PAYMENT SCHEDULE:**
☒   A lump sum payment of $100 is due immediately, and during the term of probation, payment in equal monthly installments of $50, to commence 60 days after the date of this judgment.

**ADDITIONAL RULINGS**:

☒   Defendant advised of right to appeal.

   *While Judge Conrad noted possibility of forfeiture of listed guns, etc. – inquiry following court determined that all guns listed belong to co-deft and that no forfeiture exists as to Deft. Slate.